PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY 16 AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U. S. A. vs. MICHAEL FENZY LANGHORN**

Docket No. __2:00CR20178-01__

## Petition on Probation and Supervised Release

**COMES NOW** Willie S. Williams, Jr., **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Michael Fenzy Langhorn, who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN, on the 23rd day of January, 2001, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in drug testing/treatment as directed by the Probation Office.

2. The defendant shall maintain employment.

3. The defendant shall pay restitution in the amount of $34,255.36, as directed by the Probation Office.

\* **Effective Date of Supervision: October 27, 2004**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

When originally sentenced, Mr. Langhorn was ordered to make payments as directed by the Probation Office. Upon completing an assessment of Mr. Langhorn's financial situation, it was determined that a payment plan requiring ten percent (10%) of his gross income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Michael Fenzy Langhorn's restitution payments be set at ten percent (10%) of his monthly gross income.

### ORDER OF COURT

Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

### Respectfully,

_____
Willie S. Williams, Jr.
Senior United States Probation Officer

Place: Memphis, Tennessee

Date: May 6, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:00-CR-20178 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

C. Mark Pickrell
PICKRELL LAW FIRM
3200 West End Ave., Suite 500
Nashville, TN 37205

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT